UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAQUIA BURKS,

    Plaintiff,

v.                                                                  Case No. 21-C-694

JENNIFER MCDERMOTT, et al.,

    Defendants.

## ORDER

Plaintiff Jaquia Burks is a prisoner confined at the Green Bay Correctional Institution who is representing himself in this 42 U.S.C. §1983 case. On June 4, 2021, the clerk's office mailed Burks a letter informing him that he had to return, within twenty-one days, either: (1) the full civil case filing fee of $402.00; or (2) a petition for leave to proceed without prepayment of the full filing fee, along with a certified copy of his trust account statement for the six months preceding the filing of his complaint. Dkt. No. 2. The letter warned Burks that, "<u>Failure to comply with this requirement may result in the Court's dismissal of your case</u>." *Id.* (emphasis in original).

More than twenty-one days have passed since the clerk's office informed Burks of his requirement to organize payment of the civil case filing fee and warned him of the consequence of failing to do so. Burks' failure to comply with that requirement warrants dismissal of his case. Accordingly, the Court will dismiss his case without prejudice, which means he can refile his case subject to the three-year statute of limitations.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice**. The clerk's office is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin this 7th day of July, 2021.

                                                                       s/ William C. Griesbach
                                                                       William C. Griesbach
                                                                       United States District Judge